4 So.3d 718 (2009)
Larry THOMPSON, Appellant,
v.
Walter A. McNEIL, Secretary, Florida Department of Corrections, Appellee.
No. 1D08-5736.
District Court of Appeal of Florida, First District.
February 24, 2009.
*719 Larry Thompson, pro se, Appellant.
Kathleen Von Hoene, General Counsel, and Lance Eric Neff, Assistant Attorney General, Tallahassee, for Appellee.
PER CURIAM.
DISMISSED. Surratt v. Freeman, 924 So.2d 905 (Fla. 1st DCA 2006).
ALLEN, VAN NORTWICK, and ROBERTS, JJ., concur.